**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:13-BK-33396-KRA |
| | § | |
| ASHLEY VALLEY WILDERNESS, | § | |
| INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Philip G. Jones, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $500.00 | Assets Exempt: | NA |
| Total Distributions to<br>Claimants: | $228,952.05 | Claims Discharged<br>Without Payment: | NA |
| Total Expenses of<br>Administration: | $339,528.94 | | |

3)      Total gross receipts of $568,480.99  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $568,480.99 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $247,316.74 | $49,500.00 | $49,500.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $339,528.94 | $149,021.57 | $339,528.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $488,311.15 | $95,507.28 | $95,507.28 | $95,507.28 |
| General Unsecured Claims (from **Exhibit 7**) | $772,660.21 | $899,099.08 | $899,099.08 | $83,944.77 |
| **Total Disbursements** | $1,260,971.36 | $1,581,452.04 | $1,193,127.93 | $568,480.99 |

4). This case was originally filed under chapter 7 on 11/26/2013. The case was pending for 78 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2020          By:    /s/ Philip G. Jones
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 500 N 750 E, Manti, Utah (received in settlement) | 1110-000 | $335,030.99 |
| Colorado Ranch (received in settlement 15-2242 | 1110-000 | $210,900.00 |
| 1986 GMC Suburban K2500 LT VIN: 1G5GK26J4G517479 M | 1129-000 | $400.00 |
| 1999 Chevrolet K2500 Suburban LT VIN: 1GNGK26J2XJ5 | 1129-000 | $700.00 |
| 2001 Ford F350 Super Duty LT (Flatbed) VIN: 1FTSW3 | 1129-000 | $2,600.00 |
| 2004 Chevrolet 2500 HD Silverado LT (flatbed and H | 1129-000 | $2,200.00 |
| 2006 Ford F250 Super Duty (Headache rack/pipe fram | 1129-000 | $3,100.00 |
| 2007 GMC Sierra 2500 HD, Diesel VIN: 1GTHK23627F52 | 1129-000 | $6,250.00 |
| 2008 Chevrolet 2500 HD Silverado, diesel VIN: 1GCH | 1129-000 | $5,300.00 |
| 2006 Ford F250 Lariat Flatbed | 1229-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | $568,480.99 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 4110-000 | $0.00 | $13,557.37 | $0.00 | $0.00 |
| 13 | Grand Valley Bank | 4110-000 | $0.00 | $174,924.42 | $0.00 | $0.00 |
| 15 | GreatAmerica Financial Services Corp | 4210-000 | $0.00 | $9,334.95 | $0.00 | $0.00 |
| | Lewis Lien | 4110-000 | $0.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| | Proceeds to Robert M Caldwell | 4110-000 | $0.00 | $42,500.00 | $42,500.00 | $42,500.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $247,316.74 | $49,500.00 | $49,500.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Philip G Jones, Trustee | 2100-000 | NA | $31,674.05 | $31,674.05 | $31,674.05 |
| Philip G. Jones, | 2200-000 | NA | $276.40 | $276.40 | $276.40 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| INTERNATIONAL SURETIES | 2300-000 | NA | $70.03 | $70.03 | $70.03 | |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $47.49 | $47.49 | $47.49 | |
| Irrigation Company | 2500-000 | NA | $2,317.98 | $2,317.98 | $2,317.98 | |
| Title Company Fees | 2500-000 | NA | $3,197.00 | $3,197.00 | $3,197.00 | |
| Independent Bank | 2600-000 | NA | $113.89 | $113.89 | $113.89 | |
| Integrity Bank | 2600-000 | NA | $1,671.09 | $1,671.09 | $1,671.09 | |
| Union Bank | 2600-000 | NA | $461.03 | $461.03 | $461.03 | |
| United States Bankruptcy Court | 2700-000 | NA | $2,450.00 | $2,450.00 | $2,450.00 | |
| Property Tax | 2820-000 | NA | $674.74 | $674.74 | $674.74 | |
| Hayden Outdoors, LLC | 2990-000 | NA | $2,200.00 | $2,200.00 | $2,200.00 | |
| Durham Jones & Pinegar, PC, Attorney for Trustee | 3210-000 | NA | $52,936.50 | $52,936.50 | $52,936.50 | |
| Durham, Jones & Pinegar, PC, Attorney for Trustee | 3210-000 | NA | $168,939.00 | $0.00 | $168,939.00 | |
| Durham Jones & Pinegar, PC, Attorney for Trustee | 3220-000 | NA | $828.87 | $828.87 | $828.87 | |
| Durham, Jones & Pinegar, PC, Attorney for Trustee | 3220-000 | NA | $3,829.87 | $0.00 | $3,829.87 | |
| Barbara Smith Accounting, Accountant for Trustee | 3410-000 | NA | $20,463.50 | $2,725.00 | $20,463.50 | |
| Realtor Commissions, Realtor for Trustee | 3510-000 | NA | $20,100.00 | $20,100.00 | $20,100.00 | |
| Realtor's Commission, Realtor for Trustee | 3510-000 | NA | $20,895.00 | $20,895.00 | $20,895.00 | |
| Auctioneer fees, Auctioneer for Trustee | 3610-000 | NA | $3,382.50 | $3,382.50 | $3,382.50 | |
| Auctioneer costs, Auctioneer for Trustee | 3620-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $339,528.94 | $149,021.57 | $339,528.94 | |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 3 | Utah State Tax Commission | 5800-000 | $0.00 | $9,432.51 | $9,432.51 | $9,432.51 |
| 5 | Michael & Leisa Leininger | 5300-000 | $0.00 | $11,285.70 | $11,285.70 | $11,285.70 |
| 6a | Internal Revenue Service | 5800-000 | $0.00 | $37,000.90 | $37,000.90 | $37,000.90 |
| 12 | Utah Department of Workforce Services | 5800-000 | $0.00 | $1,881.21 | $1,881.21 | $1,881.21 |
| 12a | Utah Department of Workforce Services | 5800-000 | $0.00 | $1,589.96 | $1,589.96 | $1,589.96 |
| 14 | Stephanie Grffin & Bruce Flynn | 5600-000 | $0.00 | $2,775.00 | $2,775.00 | $2,775.00 |
| 16 | Karen & Patrick Gott | 5600-000 | $0.00 | $2,775.00 | $2,775.00 | $2,775.00 |
| 19 | Colorado Department of Revenue | 5800-000 | $0.00 | $28,767.00 | $28,767.00 | $28,767.00 |
| | Colorado Department of Revenue | 5800-000 | $2,278.00 | $0.00 | $0.00 | $0.00 |
| | Colorado State Treasurer | 5800-000 | $6,228.15 | $0.00 | $0.00 | $0.00 |
| | Division of Wages & Labor | 5800-000 | $430,000.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $44,530.18 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $696.12 | $0.00 | $0.00 | $0.00 |
| | Utah Department of Workforce | 5800-000 | $1,694.77 | $0.00 | $0.00 | $0.00 |
| | Utah State Tax Commission | 5800-000 | $2,883.93 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $488,311.15 | $95,507.28 | $95,507.28 | $95,507.28 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Colorado Department of Labor and Employment | 7100-000 | $0.00 | $6,764.37 | $6,764.37 | $631.56 |
| 2 | Honeyville Grain | 7100-000 | $0.00 | $1,357.96 | $1,357.96 | $126.79 |
| 3B | Utah State Tax Commission | 7100-000 | $0.00 | $970.04 | $970.04 | $90.57 |
| 4 | Shalonna Rich & Russell | 7100-000 | $1,128.57 | $6,825.00 | $6,825.00 | $637.22 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | &quot;Dwayne&quot; Rich | | | | | |
| 6b | Internal Revenue Service | 7100-000 | $0.00 | $5,596.12 | $5,596.12 | $522.48 |
| 7 | Tammie Warthen & Patrick Ritschel | 7100-000 | $6,762.00 | $7,533.33 | $7,533.33 | $703.35 |
| 8 | Nancy Wu | 7100-000 | $22,947.59 | $22,947.59 | $22,947.59 | $2,142.51 |
| 9 | US Dept of Labor Wage Hour | 7100-000 | $0.00 | $628,396.00 | $628,396.00 | $58,670.46 |
| 10 | Douglas Goldsworthy | 7100-000 | $26,333.30 | $26,333.30 | $26,333.30 | $2,458.62 |
| 11 | Patricia Kossoy | 7100-000 | $3,719.10 | $3,719.10 | $3,719.10 | $347.24 |
| 12b | Utah Department of Workforce Services | 7100-000 | $19,185.69 | $77.18 | $77.18 | $7.21 |
| 14a | Stephanie Grffin & Bruce Flynn | 7100-000 | $0.00 | $16,410.69 | $16,410.69 | $1,532.19 |
| 15a | GreatAmerica Financial Services Corp | 7100-000 | $0.00 | $37,339.80 | $37,339.80 | $3,486.25 |
| 16a | Karen & Patrick Gott | 7100-000 | $0.00 | $6,253.56 | $6,253.56 | $583.86 |
| 17 | Albert Bounous | 7100-000 | $134,315.08 | $88,875.04 | $88,875.04 | $8,297.85 |
| 18 | Nancy & Daryl Gwaltney | 7100-000 | $15,047.60 | $39,700.00 | $39,700.00 | $3,706.61 |
| | Anthony Amedei & April Galassini | 7100-000 | $22,195.21 | $0.00 | $0.00 | $0.00 |
| | Chanel & Fadi Nahas | 7100-000 | $7,523.80 | $0.00 | $0.00 | $0.00 |
| | Clay & Tami Brown | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| | Complete Testing Solutions, LLC | 7100-000 | $1,149.15 | $0.00 | $0.00 | $0.00 |
| | Donna & Taylor Dwyer | 7100-000 | $2,257.14 | $0.00 | $0.00 | $0.00 |
| | Ewa Radziszewski | 7100-000 | $15,372.26 | $0.00 | $0.00 | $0.00 |
| | Fredda & Jack Sparks | 7100-000 | $5,200.00 | $0.00 | $0.00 | $0.00 |
| | Grand Valley Bank | 7100-000 | $325,000.00 | $0.00 | $0.00 | $0.00 |
| | Jean & Bryan Brooks | 7100-000 | $10,909.51 | $0.00 | $0.00 | $0.00 |
| | Jeffrey Scott James & Nicole Ranae | 7100-000 | $26,490.43 | $0.00 | $0.00 | $0.00 |
| | Jose Gonzalez, Alex Raul | 7100-000 | $19,561.88 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Karen & Patrick Gottst Avenue South | 7100-000 | $9,028.56 | $0.00 | $0.00 | $0.00 |
| Lisa & Robert Tonkovich | 7100-000 | $1,128.57 | $0.00 | $0.00 | $0.00 |
| Martha Osborne | 7100-000 | $24,076.16 | $0.00 | $0.00 | $0.00 |
| Michael & Leisa Leininger | 7100-000 | $11,285.70 | $0.00 | $0.00 | $0.00 |
| Natalie & Montie Morrison | 7100-000 | $14,295.22 | $0.00 | $0.00 | $0.00 |
| Nicole & Mark Jones | 7100-000 | $8,452.50 | $0.00 | $0.00 | $0.00 |
| Robert Corbett & Shelley Surabian | 7100-000 | $7,899.99 | $0.00 | $0.00 | $0.00 |
| Shelley & Daniel Dudley | 7100-000 | $15,423.79 | $0.00 | $0.00 | $0.00 |
| Stan Butts & Laura Kings | 7100-000 | $7,523.80 | $0.00 | $0.00 | $0.00 |
| Steve & Cheryl Schmadebeck | 7100-000 | $7,147.61 | $0.00 | $0.00 | $0.00 |
| Youssef Bakri & Nesreen Bazzi | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $772,660.21 | $899,099.08 | $899,099.08 | $83,944.77 |

UST Form 101-7-TDR (10/1/2010)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1        Exhibit 8

| Case No.: | 13-33396-KRA | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | Date Filed (f) or Converted (c): | 11/26/2013 (f) |
| For the Period Ending: | 5/26/2020 | §341(a) Meeting Date: | 01/21/2014 |
| | | Claims Bar Date: | 08/14/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Grand Valley Bank: 121 West Main Street, Vernal, U | $0.00 | $0.00 | | $0.00 | FA |
| 2 | 1986 GMC Suburban K2500 LT VIN: 1G5GK26J4G517479 M | $500.00 | $500.00 | | $400.00 | FA |
| 3 | 1999 Chevrolet K2500 Suburban LT VIN: 1GNGK26J2XJ5 | $751.00 | $751.00 | | $700.00 | FA |
| 4 | 2001 Ford F350 Super Duty LT (Flatbed) VIN: 1FTSW3 | $4,595.00 | $4,595.00 | | $2,600.00 | FA |
| 5 | 2004 Chevrolet 2500 HD Silverado LT (flatbed and H | $3,889.00 | $3,889.00 | | $2,200.00 | FA |
| 6 | 2006 Ford F250 Super Duty (Headache rack/pipe fram | $3,823.00 | $3,823.00 | | $3,100.00 | FA |
| 7 | 2008 Chevrolet 2500 HD Silverado, diesel VIN: 1GCH | $9,953.00 | $9,953.00 | | $5,300.00 | FA |
| 8 | 2007 GMC Sierra 2500 HD, Diesel VIN: 1GTHK23627F52 | $10,063.00 | $10,063.00 | | $6,250.00 | FA |
| 9 | Files and misc. office equipment) | $100.00 | $100.00 | | $0.00 | FA |
| 10 | Desks and chairs (currently out side under tarps) | $200.00 | $200.00 | | $0.00 | FA |
| 11 | Camping Equipment | $200.00 | $200.00 | | $0.00 | FA |
| 12 | 2006 Ford F250 Lariat Flatbed        (u) | $0.00 | $2,500.00 | | $2,000.00 | FA |
| 13 | Vernal Residence (sold to a bfp prior to filing)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Colorado Ranch (received in settlement 15-2242)  (u) | $0.00 | $300,000.00 | | $210,900.00 | FA |
| 15 | Vernal Office Buildings (given in settlement of 15-2242)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Manti Raw Ground (given in settlement of 15-2242)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Preferential Tax Payments        (u) | $0.00 | $272,000.00 | | $0.00 | FA |
| **Asset Notes:**    Dismissed as part of settlement | | | | | | |
| 18 | Preferential Mortgage Payments        (u) | $0.00 | $80,000.00 | | $0.00 | FA |
| **Asset Notes:**    Dismissed as part of settlement | | | | | | |
| 19 | RBI Preferential Payment        (u) | $0.00 | $12,138.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2            Exhibit 8

| Case No.: | 13-33396-KRA | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | Date Filed (f) or Converted (c): | 11/26/2013 (f) |
| For the Period Ending: | 5/26/2020 | §341(a) Meeting Date: | 01/21/2014 |
| | | Claims Bar Date: | 08/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Asset Notes: | Dismissed as part of settlement | | | | |
|---|---|---|---|---|---|
| **Ref. #** | | | | | |
| 20 | Caldwell Preference (surrendered in settlement) **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 500 N 750 E, Manti, Utah (received in settlement) | $0.00 | $267,902.21 | | $335,030.99 | FA |

**TOTALS (Excluding unknown value)**

<u>Gross Value of Remaining Assets</u>

| $34,074.00 | $968,614.21 | | $568,480.99 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

Abandon Uncashed Checks to Court

Checks Out

TFR Submitted

IRS No Audit Letter

Review and Approve Tax Returns

Funds Received

Auction Process Started

Order to Sell Realty Approved

Request Update

Update case with counsel

Forward Documents to Accountant

Review Case

Approve Auction of RE

Request update from Penrod

Review Potential Auction w/Penrod

Cut Fees Check

Review Case w/Counsel

Taxes Filed

Review Case with Counsel

Review case with Counsel

Check to Acct

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3        Exhibit 8

| | |
|---|---|
| **Case No.:** | 13-33396-KRA |
| **Case Name:** | ASHLEY VALLEY WILDERNESS, INC. |
| **For the Period Ending:** | 5/26/2020 |

| | |
|---|---|
| **Trustee Name:** | Philip G. Jones |
| **Date Filed (f) or Converted (c):** | 11/26/2013 (f) |
| **§341(a) Meeting Date:** | 01/21/2014 |
| **Claims Bar Date:** | 08/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Check to Counsel | | | | | |
| Property Closing | | | | | |
| Sale Order Approved | | | | | |
| Motion to Sell & Settlement Approved | | | | | |
| Review RE Purchase Offer | | | | | |
| Review, Execute and Mail Tax Returns | | | | | |
| Review Tax Matters w/Barbara | | | | | |
| Review Tax Issues w/Penrod | | | | | |
| Review Settlement Offer | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 13-33396-KRA | |
| **Case Name:** | ASHLEY VALLEY WILDERNESS, INC. | |
| **For the Period Ending:** | 5/26/2020 | |

| | |
|---|---|
| **Trustee Name:** | Philip G. Jones |
| **Date Filed (f) or Converted (c):** | 11/26/2013 (f) |
| **§341(a) Meeting Date:** | 01/21/2014 |
| **Claims Bar Date:** | 08/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 10/16 Review Case w/Counsel | | | | | |
| 09/16 Review Offer | | | | | |
| 08/16 Review Case/Discovery | | | | | |
| 05/16 Review Case | | | | | |
| 04/16 Review Case | | | | | |
| 03/16 Review Case | | | | | |
| 02/16 Review Case | | | | | |
| 01/16 Review Case | | | | | |
| 12/15 Review Case | | | | | |
| 11/15 Adversaries Filed | | | | | |
| 10/15 Review Case w/Laurie | | | | | |
| 09/15 Review Case w/Accountant | | | | | |
| 08/15 Review Case w/Jessica | | | | | |
| 07/15 Review Case w/Accountant | | | | | |
| 06/15 Review Case | | | | | |
| 05/15 Review Case | | | | | |
| 04/15 Review Case w/Accountant | | | | | |
| 03/15 Counsel Appointed | | | | | |
| 02/15 Accountant finds Potential Assets/DJP selected as Counsel | | | | | |
| 01/15 Auction Funds Received | | | | | |
| 12/14 Followup with Auctioneer | | | | | |
| 11/14 Email Auctioneer | | | | | |
| 10/14 Followup with Auctioneer | | | | | |
| 09/14 Title Info to Auctioneer | | | | | |
| 07/14 Email Auctioneer | | | | | |
| 06/14 Order Authorizing Auction | | | | | |
| 04/14 Followup w/Auctioneer | | | | | |
| 03/14 Review Debtor Documents | | | | | |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/15/2014 | **Current Projected Date Of Final Report (TFR):** 10/15/2019 | /s/ PHILIP G. JONES |
| | | | PHILIP G. JONES |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No. | 13-33396-KRA | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***4421 | Checking Acct #: | ******2236 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Union Bank |
| For Period Beginning: | 11/26/2013 | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 5/26/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2015 | | ERKELENS & OLSON AUCTIONEERS | VEHICLES | * | $16,167.50 | | $16,167.50 |
| | {2} | | 1986 GMC $400.00 | 1129-000 | | | $16,167.50 |
| | {3} | | 1999 Chevrolet $700.00 | 1129-000 | | | $16,167.50 |
| | {4} | | 2001 Ford $2,600.00 | 1129-000 | | | $16,167.50 |
| | {5} | | 2004 Chevrolet $2,200.00 | 1129-000 | | | $16,167.50 |
| | {6} | | 2006 Ford $3,100.00 | 1129-000 | | | $16,167.50 |
| | {7} | | 2008 Chevrolet $5,300.00 | 1129-000 | | | $16,167.50 |
| | {8} | | 2007 GMC $6,250.00 | 1129-000 | | | $16,167.50 |
| | {12} | | 2006 Ford $2,000.00 | 1229-000 | | | $16,167.50 |
| | | | Auctioneer fees $(3,382.50) | 3610-000 | | | $16,167.50 |
| | | | Auctioneer costs $(3,000.00) | 3620-000 | | | $16,167.50 |
| 03/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $18.60 | $16,148.90 |
| 04/27/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $24.02 | $16,124.88 |
| 05/26/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.22 | $16,101.66 |
| 06/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.96 | $16,077.70 |
| 07/27/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.15 | $16,054.55 |
| 08/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.89 | $16,030.66 |
| 09/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.85 | $16,006.81 |
| 10/26/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.05 | $15,983.76 |
| 11/20/2015 | 3001 | INTERNATIONAL SURETIES, LTD | Blanket Bond #016027974 | 2300-000 | | $47.49 | $15,936.27 |
| 11/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.78 | $15,912.49 |
| 12/28/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $22.98 | $15,889.51 |
| 01/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.65 | $15,865.86 |
| 02/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.54 | $15,842.32 |
| 03/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $21.99 | $15,820.33 |
| 04/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.47 | $15,796.86 |
| 05/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $22.69 | $15,774.17 |
| 06/27/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.41 | $15,750.76 |

| | | | **SUBTOTALS** | | $16,167.50 | $416.74 | |

**FORM 2**

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 13-33396-KRA |
| **Case Name:** | ASHLEY VALLEY WILDERNESS, INC. |
| **Primary Taxpayer ID #:** | **-***4421 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/26/2013 |
| **For Period Ending:** | 5/26/2020 |

| | |
|---|---|
| **Trustee Name:** | Philip G. Jones |
| **Bank Name:** | Union Bank |
| **Checking Acct #:** | ******2236 |
| **Account Title:** | Union Bank |
| **Blanket bond (per case limit):** | $48,104,231.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $22.62 | $15,728.14 |
| 08/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.34 | $15,704.80 |
| 09/26/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $23.30 | $15,681.50 |
| 10/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $22.52 | $15,658.98 |
| 11/14/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $15,658.98 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $16,167.50 | $16,167.50 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $15,658.98 | |
| **Subtotal** | $16,167.50 | $508.52 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $16,167.50 | $508.52 | |

| **For the period of 11/26/2013 to 5/26/2020** | | **For the entire history of the account between 02/03/2015 to 5/26/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $22,550.00 | Total Compensable Receipts: | $22,550.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,550.00 | Total Comp/Non Comp Receipts: | $22,550.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,891.02 | Total Compensable Disbursements: | $6,891.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,891.02 | Total Comp/Non Comp Disbursements: | $6,891.02 |
| Total Internal/Transfer Disbursements: | $15,658.98 | Total Internal/Transfer Disbursements: | $15,658.98 |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-33396-KRA | |
| **Case Name:** | ASHLEY VALLEY WILDERNESS, INC. | |
| **Primary Taxpayer ID #:** | **-***4421 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/26/2013 | |
| **For Period Ending:** | 5/26/2020 | |

| | |
|---|---|
| **Trustee Name:** | Philip G. Jones |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******3396 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $48,104,231.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/14/2016 | | Union Bank | Transfer Funds | 9999-000 | $15,658.98 | | $15,658.98 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.04 | $15,645.94 |
| 12/05/2016 | 1001 | INTERNATIONAL SURETIES | Chapter 7 Blanket Bond 12/01/16 to 12/01/17 | 2300-000 | | $6.50 | $15,639.44 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.22 | $15,614.22 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.18 | $15,589.04 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.71 | $15,566.33 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.10 | $15,541.23 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.25 | $15,516.98 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.05 | $15,493.93 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.27 | $15,471.66 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.98 | $15,448.68 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.95 | $15,425.73 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.17 | $15,403.56 |
| 10/19/2017 | | US Title Insurance Agency | Net Sale Proceeds | * | $267,902.21 | | $283,305.77 |
| | {21} | | Gross Sales Proceeds                       $335,030.99 | 1110-000 | | | $283,305.77 |
| | | | Property Tax                                    $(282.80) | 2820-000 | | | $283,305.77 |
| | | | Title Company Fees                        $(1,928.00) | 2500-000 | | | $283,305.77 |
| | | | Realtor Commissions                     $(20,100.00) | 3510-000 | | | $283,305.77 |
| | | | Irrigation Company                         $(2,317.98) | 2500-000 | | | $283,305.77 |
| | | | Proceeds to Robert M Caldwell         $(42,500.00) | 4110-000 | | | $283,305.77 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $176.93 | $283,128.84 |
| 11/02/2017 | 1002 | Durham, Jones & Pinegar, PC | Compensation | 3210-000 | | $168,939.00 | $114,189.84 |
| 11/02/2017 | 1003 | Durham, Jones & Pinegar, PC | Expenses | 3220-000 | | $3,829.87 | $110,359.97 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $200.05 | $110,159.92 |
| 12/04/2017 | 1004 | Barbara Smith Accounting | Accountant Fees | 3410-000 | | $17,738.50 | $92,421.42 |
| 12/11/2017 | 1005 | INTERNATIONAL SURETIES | Bond #016027974, 12/01/17 to 12/01/18. | 2300-000 | | $22.98 | $92,398.44 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $145.78 | $92,252.66 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $137.04 | $92,115.62 |
| | | | **SUBTOTALS** | | $283,561.19 | $191,445.57 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No. | 13-33396-KRA | | Trustee Name: | Philip G. Jones |
|---|---|---|---|---|
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4421 | | Checking Acct #: | ******3396 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/26/2013 | | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 5/26/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $123.60 | $91,992.02 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $136.65 | $91,855.37 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $132.06 | $91,723.31 |
| 05/10/2018 | 1006 | United States Bankruptcy Court | Adversary Fees | 2700-000 | | $2,450.00 | $89,273.31 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $134.38 | $89,138.93 |
| 06/19/2018 | 1007 | Philip G Jones | Trustee Compensation | 2100-000 | | $12,274.00 | $76,864.93 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $121.67 | $76,743.26 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.01 | $76,629.25 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $18.36 | $76,610.89 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($18.36) | $76,629.25 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,341.01 | $75,288.24 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,341.01) | $76,629.25 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $113.89 | $76,515.36 |
| 12/14/2018 | 1008 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $40.55 | $76,474.81 |
| 12/14/2018 | 1009 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $40.55 | $76,434.26 |
| 12/14/2018 | 1009 | VOID: INTERNATIONAL SURETIES | Bond Payment | 2300-003 | | ($40.55) | $76,474.81 |
| 07/03/2019 | | Northwest Title | Net Sales Proceeds | * | $181,344.06 | | $257,818.87 |
| | {14} | | Gross Sales Proceeds          $210,900.00 | 1110-000 | | | $257,818.87 |
| | | | Property Tax          $(391.94) | 2820-000 | | | $257,818.87 |
| | | | Realtor's Commission          $(20,895.00) | 3510-000 | | | $257,818.87 |
| | | | Title Company Fees          $(1,269.00) | 2500-000 | | | $257,818.87 |
| | | | Lewis Lien          $(7,000.00) | 4110-000 | | | $257,818.87 |
| 07/12/2019 | 1010 | Hayden Outdoors, LLC | Auction Services | 2990-000 | | $2,200.00 | $255,618.87 |
| 08/06/2019 | 1011 | Durham Jones & Pinegar, PC | Counsel for Trustee Fees | 3210-000 | | $52,936.50 | $202,682.37 |
| 08/06/2019 | 1012 | Durham Jones & Pinegar, PC | Counsel for Trustee Expenses | 3220-000 | | $828.87 | $201,853.50 |
| 11/14/2019 | 1013 | Barbara Smith Accounting | Accountant Fees | 3410-000 | | $2,725.00 | $199,128.50 |
| 01/23/2020 | 1014 | Philip G. Jones | Trustee Compensation | 2100-000 | | $19,400.05 | $179,728.45 |
| 01/23/2020 | 1015 | Philip G. Jones | Trustee Expenses | 2200-000 | | $276.40 | $179,452.05 |
| | | | **SUBTOTALS** | | $181,344.06 | $94,007.63 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

Exhibit 9

| Case No. | 13-33396-KRA | | | Trustee Name: | Philip G. Jones |
|---|---|---|---|---|---|
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4421 | | | Checking Acct #: | ******3396 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/26/2013 | | | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 5/26/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/23/2020 | 1016 | Colorado Department of Labor and Employment | First and Final Dividend:  Claim #: 1; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $631.56 | $178,820.49 |
| 01/23/2020 | 1017 | Honeyville Grain | First and Final Dividend:  Claim #: 2; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $126.79 | $178,693.70 |
| 01/23/2020 | 1018 | Utah State Tax Commission | First and Final Dividend:  Claim #: 3; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $9,432.51 | $169,261.19 |
| 01/23/2020 | 1019 | Utah State Tax Commission | First and Final Dividend:  Claim #: 3; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $90.57 | $169,170.62 |
| 01/23/2020 | 1020 | Shalonna Rich & Russell &quot;Dwayne&quot; Rich | First and Final Dividend:  Claim #: 4; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $637.22 | $168,533.40 |
| 01/23/2020 | 1021 | Michael & Leisa Leininger | First and Final Dividend:  Claim #: 5; Distribution Dividend: 100.00; Account Number: ; | 5300-000 | | $11,285.70 | $157,247.70 |
| 01/23/2020 | 1022 | Internal Revenue Service | First and Final Dividend:  Claim #: 6; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $37,000.90 | $120,246.80 |
| 01/23/2020 | 1023 | Internal Revenue Service | First and Final Dividend:  Claim #: 6; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $522.48 | $119,724.32 |
| 01/23/2020 | 1024 | Tammie Warthen & Patrick Ritschel | First and Final Dividend:  Claim #: 7; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $703.35 | $119,020.97 |
| 01/23/2020 | 1025 | Nancy Wu | First and Final Dividend:  Claim #: 8; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $2,142.51 | $116,878.46 |
| 01/23/2020 | 1026 | US Dept of Labor Wage Hour | First and Final Dividend:  Claim #: 9; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $58,670.46 | $58,208.00 |
| 01/23/2020 | 1027 | Douglas Goldsworthy | First and Final Dividend:  Claim #: 10; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $2,458.62 | $55,749.38 |
| 01/23/2020 | 1028 | Patricia Kossoy | First and Final Dividend:  Claim #: 11; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $347.24 | $55,402.14 |
| 01/23/2020 | 1029 | Utah Department of Workforce Services | First and Final Dividend:  Claim #: 12; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $1,881.21 | $53,520.93 |
| 01/23/2020 | 1030 | Utah Department of Workforce Services | First and Final Dividend:  Claim #: 12; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $1,589.96 | $51,930.97 |

| | | | | **SUBTOTALS** | $0.00 | $127,521.08 |
|---|---|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6          Exhibit 9

| | | |
|---|---|---|
| Case No. | 13-33396-KRA | |
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | |
| Primary Taxpayer ID #: | **-***4421 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/26/2013 | |
| For Period Ending: | 5/26/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Philip G. Jones |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******3396 |
| Account Title: | |
| Blanket bond (per case limit): | $48,104,231.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/23/2020 | 1031 | Utah Department of Workforce Services | First and Final Dividend:  Claim #: 12; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $7.21 | $51,923.76 |
| 01/23/2020 | 1032 | Stephanie Grffin & Bruce Flynn | First and Final Dividend:  Claim #: 14; Distribution Dividend: 100.00; Account Number: ; | 5600-000 | | $2,775.00 | $49,148.76 |
| 01/23/2020 | 1033 | Stephanie Grffin & Bruce Flynn | First and Final Dividend:  Claim #: 14; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $1,532.19 | $47,616.57 |
| 01/23/2020 | 1034 | GreatAmerica Financial Services Corp | First and Final Dividend:  Claim #: 15; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $3,486.25 | $44,130.32 |
| 01/23/2020 | 1035 | Karen & Patrick Gott | First and Final Dividend:  Claim #: 16; Distribution Dividend: 100.00; Account Number: ; | 5600-000 | | $2,775.00 | $41,355.32 |
| 01/23/2020 | 1036 | Karen & Patrick Gott | First and Final Dividend:  Claim #: 16; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $583.86 | $40,771.46 |
| 01/23/2020 | 1037 | Albert Bounous | First and Final Dividend:  Claim #: 17; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $8,297.85 | $32,473.61 |
| 01/23/2020 | 1038 | Nancy & Daryl Gwaltney | First and Final Dividend:  Claim #: 18; Distribution Dividend: 9.34; Account Number: ; | 7100-000 | | $3,706.61 | $28,767.00 |
| 01/23/2020 | 1039 | Colorado Department of Revenue | First and Final Dividend:  Claim #: 19; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $28,767.00 | $0.00 |
| 02/06/2020 | 1020 | VOID: Shalonna Rich & Russell &quot;Dwayne&quot; Rich | Check not cashed | 7100-003 | | ($637.22) | $637.22 |
| 02/06/2020 | 1032 | VOID: Stephanie Grffin & Bruce Flynn | Check not cashed | 5600-003 | | ($2,775.00) | $3,412.22 |
| 02/06/2020 | 1033 | VOID: Stephanie Grffin & Bruce Flynn | Check not cashed | 7100-003 | | ($1,532.19) | $4,944.41 |
| 02/06/2020 | 1040 | U.S. Bankruptcy Court | Abandon Funds | 7100-000 | | $637.22 | $4,307.19 |
| 02/06/2020 | 1041 | U.S. Bankruptcy Court | Abandon Funds | 5600-000 | | $2,775.00 | $1,532.19 |
| 02/06/2020 | 1042 | U.S. Bankruptcy Court | Abandon Funds | 7100-000 | | $1,532.19 | $0.00 |
| 02/08/2020 | 1028 | VOID: Patricia Kossoy | Funds not cashed | 7100-003 | | ($347.24) | $347.24 |
| 02/08/2020 | 1043 | U.S. Bankruptcy Court | Abandon Funds | 7100-000 | | $347.24 | $0.00 |
| 04/22/2020 | 1024 | STOP PAYMENT: Tammie Warthen & Patrick Ritschel | First and Final Dividend:  Claim #: 7; Distribution Dividend: 9.34; Account Number: ; | 7100-004 | | ($703.35) | $703.35 |

| | | | | **SUBTOTALS** | $0.00 | $51,227.62 | |

Page No: 7                    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-33396-KRA | |
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | |
| Primary Taxpayer ID #: | **-***4421 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/26/2013 | |
| For Period Ending: | 5/26/2020 | |

| | |
|---|---|
| Trustee Name: | Philip G. Jones |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******3396 |
| Account Title: | |
| Blanket bond (per case limit): | $48,104,231.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2020 | 1026 | STOP PAYMENT: US Dept of Labor Wage Hour | First and Final Dividend:   Claim #: 9; Distribution Dividend: 9.34; Account Number: ; | 7100-004 | | ($58,670.46) | $59,373.81 |
| 04/22/2020 | 1037 | STOP PAYMENT: Albert Bounous | First and Final Dividend:   Claim #: 17; Distribution Dividend: 9.34; Account Number: ; | 7100-004 | | ($8,297.85) | $67,671.66 |
| 04/29/2020 | 1044 | US Bankruptcy Court | Unclaimed Funds | 7100-000 | | $8,297.85 | $59,373.81 |
| 04/29/2020 | 1045 | US Bankruptcy Court | Unclaimed Funds | 7100-000 | | $58,670.46 | $703.35 |
| 04/29/2020 | 1046 | US Bankruptcy Court | Unclaimed Funds | 7100-000 | | $703.35 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $464,905.25 | $464,905.25 | $0.00 |
| Less: Bank transfers/CDs | $15,658.98 | $0.00 | |
| Subtotal | $449,246.27 | $464,905.25 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $449,246.27 | $464,905.25 | |

**For the period of  11/26/2013 to 5/26/2020**

| | |
|---|---|
| Total Compensable Receipts: | $545,930.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $545,930.99 |
| Total Internal/Transfer Receipts: | $15,658.98 |
| | |
| Total Compensable Disbursements: | $561,589.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $561,589.97 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 11/15/2016 to 5/26/2020**

| | |
|---|---|
| Total Compensable Receipts: | $545,930.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $545,930.99 |
| Total Internal/Transfer Receipts: | $15,658.98 |
| | |
| Total Compensable Disbursements: | $561,589.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $561,589.97 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8                    Exhibit 9

| Case No. | 13-33396-KRA | Trustee Name: | Philip G. Jones |
| Case Name: | ASHLEY VALLEY WILDERNESS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4421 | Checking Acct #: | ******3396 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/26/2013 | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 5/26/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
|  |  |  | $465,413.77 | $465,413.77 | $0.00 |

| For the period of 11/26/2013 to 5/26/2020 | | For the entire history of the case between 11/26/2013 to 5/26/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $568,480.99 | Total Compensable Receipts: | $568,480.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $568,480.99 | Total Comp/Non Comp Receipts: | $568,480.99 |
| Total Internal/Transfer Receipts: | $15,658.98 | Total Internal/Transfer Receipts: | $15,658.98 |
| | | | |
| Total Compensable Disbursements: | $568,480.99 | Total Compensable Disbursements: | $568,480.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $568,480.99 | Total Comp/Non Comp Disbursements: | $568,480.99 |
| Total Internal/Transfer Disbursements: | $15,658.98 | Total Internal/Transfer Disbursements: | $15,658.98 |

/s/ PHILIP G. JONES

PHILIP G. JONES